## Commonwealth *v.* Cortino, Appellant.

Submitted March 15, 1971. *Peter S. Thompson,* Assistant Public Defender, for appellant; *Stephen B. Harris,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Crooks, Appellant.

Submitted March 17, 1971. *Robert S. Goggin,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.